## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

| | |
|---|---|
| JEREMY WHITE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| THE FLORIDA DEPARTMENT OF ) | CASE NO.: 4:19-cv-206-MW-MJF |
| CORRECTIONS, an agency of the ) | |
| State of Florida, CENTURION OF ) | |
| FLORIDA, LLC, a Florida Limited ) | |
| Liability Company, and ANGEL ) | |
| CORTES, an individual, ) | |
| ) | |
| Defendants. ) | |

**CENTURION OF FLORIDA, LLC'S and DR. ANGEL CORTES'S UNOPPOSED MOTION FOR LEAVE TO FILE SUR-REPLY IN OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

Defendants Centurion of Florida, LLC ("Centurion") and Dr. Angel Cortes ("Centurion Defendants"), pursuant to Local Rule 7.1(I), hereby file this unopposed Motion for Leave to File a Sur-Reply in Opposition to Plaintiff's Motion for Summary Judgment, and state as follows:

1. On August 21, 2020, Plaintiff filed a reply in support of his Motion for Summary Judgment and, in support of his reply, introduced new evidence that was not cited or provided with his original motion. *See* ECF No. 114 and 115.

1

2. Plaintiff's new evidence consists of nearly 300 pages of deposition testimony by two FDC employees given in a separate civil action, *Hoffer v. Jones*, Case No. 4:17-cv-214 (N.D. Fla.). Citing only four pages of deposition testimony (out of nearly three hundred), Plaintiff argues that this *Hoffer* testimony establishes beyond dispute that Dr. Cortes was responsible for obtaining DAA treatment for Plaintiff. *See* ECF No. 115 at 8-9.

3. The Centurion Defendants seek leave to file a sur-reply to respond to Plaintiff's newly introduced evidence. A sur-reply is appropriate when a party presents new evidence in his reply brief, particularly when that evidence was available to the party before it filed the reply brief. *See Baltzer v. Midland Credit Mgmt., Inc.*, 2014 WL 3845449, at *3 (S.D. Fla. Aug. 5, 2014); *Bennett v. Publix Supermarkets, Inc.*, 2012 WL 2358301, at *1 (M.D. Fla. June 20, 2012).

4. The Centurion Defendants should be given a full and fair opportunity to review Plaintiff's new evidence and respond to it in a sur-reply brief before this Court decides Plaintiff's pending summary judgment motion.

5. Counsel for the Centurion Defendants has conferred with counsel for Plaintiff, and reports that counsel for Plaintiff does not object to the Centurion Defendants' request for leave to file a sur-reply.

6. The Centurion Defendants request leave to file a sur-reply within five (5) days of the Court's Order granting such relief.

WHEREFORE, the Centurion Defendants respectfully request that this Court enter an Order granting them leave to file a sur-reply in opposition to Plaintiff's Motion for Summary Judgment.

## LOCAL RULE 7.1(B) CERTIFICATE

Pursuant to Local Rule 7.1(B) of the Local Rules of the Northern District of Florida, an attorney conference was conducted with counsel for Plaintiff who does not object to the requested relief.

## LOCAL RULE 7.1(F) CERTIFICATE

Pursuant to Rule 7.1(F) of the Local Rules of the Northern District of Florida, the undersigned hereby certifies that the foregoing motion contains 365 words.

Respectfully Submitted,

*s/R. Craig Mayfield*
R. Craig Mayfield (FBN 0429643)
Eliot B. Peace (FBN 124805)
BRADLEY ARANT BOULT CUMMINGS LLP
100 North Tampa Street, Suite 2200
Tampa, Florida 33602
Tel: (813) 559-5500
cmayfield@bradley.com
epeace@bradley.com

Brian A. Wahl (FBN 95777)
BRADLEY ARANT BOULT CUMMINGS LLP
1819 5th Avenue, N.
One Federal Place
Birmingham, AL 35203
Tel: (205) 521-8800
bwahl@bradley.com

***Counsel for Defendants Centurion of Florida, LLC and Dr. Angel Cortes***

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that I filed the foregoing via the Court's CM/ECF system on August 21, 2020, which will send notification to all parties as follows:

Ryan J. Andrews
John M. Vernaglia
The Law Offices of
Steven R. Andrews, P.A.
822 North Monroe Street
Tallahassee, Florida 32303
Email: ryan@andrewslawoffice.com
Email: john@andrewslaw.com
*Counsel for Plaintiff*

Erin Elizabeth Oliver
Meghan Boudreau Daigle
Stevi Parker
Attorney General State of Florida
PL 01 The Capitol
Tallahassee, FL 32399
Email: erin.oliver@myfloridalegal.com
Email: meghan.daigle@myfloridalegal.com
Email: stevi.parker@myfloridalegal.com
*Counsel for the Florida Department of Corrections*

*/s/ R. Craig Mayfield*
Of Counsel